IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMU WASHINGTON,   No. CIV S-08-2901-CMK-P

    Petitioner,

  vs.   ORDER

STATE OF CALIFORNIA,

    Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 14) to respond to the court's February 6, 2009, order to show cause. Good cause appearing therefor, the request is granted. Petitioner shall file a response within 30 days of the date of this order.

       IT IS SO ORDERED.

DATED: March 3, 2009

                                                   /s/ Craig M. Kellison
                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE